UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**FEBUARY 2024 - CIVIL NON-JURY AND JURY CALENDAR**

JUDGE CARLTON W. REEVES
------------------------------------------------------------------

The following non-jury and jury case in the Jackson Division of this District are set for trial and will be heard during the trial calendar that commences on **April 1, 2024**, Fifth Floor Courtroom No. 5B, UNITED STATES COURTHOUSE, 501 E. Court Street, Jackson Mississippi, with Judge Carlton W. Reeves presiding. **A probable trial date will be announced at or following the pretrial conferences.**

Attorneys are instructed to keep in touch with the Judge's chambers during the session to ascertain the status of the calendar. All counsel, witnesses, and clients are also expected to appear in Court and be ready for trial on reasonable notice. All orders of continuance must be granted by Judge Reeves.

Pursuant to Local Uniform Civil Rule 16(j)(l), a pretrial conference before Judge Carlton W. Reeves is hereby ordered in all cases on this calendar on **March 1, 2024**. The time is noted in the first column of page 3 of this calendar. The parties are reminded that subject to Local Rule 16(j)(6)(A), all trial counsel must attend and must have full settlement authority, as the Court will inquire about and may facilitate settlement discussions. **The Court further orders counsel to have the client or a representative of their client with full settlement authority present or, if not practicable, they shall be available by telephone. The parties must be prepared to engage in settlement discussions because the Court, in its discretion, may use the pretrial conference to facilitate such discussions. In addition, counsel SHALL BE PREPARED to present argument on ALL pending motions.**

PLEASE TAKE NOTICE:

1. **Motions Deadlines:** The time for filing of motions has been established by scheduling orders. No motions will be considered which are filed out of time as set forth in the scheduling order of the particular case.

2. **Motions *in Limine*:** Other than motions challenging another party's expert, motions *in limine* must be filed no later than **twenty-one calendar days** before the pretrial conference, and all responses must be filed no later than **fourteen calendar days** before the pretrial conference.

3. **Pretrial Order:** No later than noon the day before the pretrial conference, counsel for the parties are to prepare and e-mail to the Court a proposed joint pretrial order. In cases where a pretrial conference has been held and a pretrial order submitted, you are expected to bring the Court up to date as to any additional suggested amendments to the previous pretrial order no later than noon the day before trial. Please note Local Rule 16(j) governing pretrial conferences and use Official Form No. 3 for the format of all pretrial orders. The pretrial order controls the

subsequent course of action unless modified by the trial judge at or before the trial upon oral or written motion, to prevent manifest injustice. Local Rule 16(7).

4.      **Witness and Exhibit Lists:**  In addition to the lists of witnesses and exhibits contained in the pretrial order, the parties shall e-mail their exhibit list and witness list to the Court on the same date their jury instructions are submitted. **PLEASE FOLLOW FORMATS ATTACHED—*DO NOT* CUT & PASTE THIS INFORMATION FROM PRETRIAL ORDER.  *DO NOT EMAIL ACTUAL EXHIBITS*. PLACE "EXHIBIT" LABELS ON "FRONT-FIRST" PAGE OF EACH EXHIBIT.** *The Courtroom Deputy does not have Exhibit labels*.

5.      **Jury Instructions:**  A date for submitting proposed jury instructions will be established at the pretrial conference for all jury cases.  When due, the parties must e-mail a copy of their instructions to the Court and copy all counsel of record.  **All instructions must include a list of authorities supporting the instruction on an attached page.**

6.      **Bench Trials:** All parties trying bench trials must submit proposed findings of fact and conclusions of law no later than three (3) days before the trial.

7.      **Courtroom Technology:**  Judge Reeves Jackson Division courtroom is equipped with a document camera.  There is no PC at the lectern, and parties wishing to use electronic document presentation software must bring it on their own laptops.  Flat-screen monitors are provided for witness, parties, the Court and jurors.  **Parties intending to use electronic document presentation are encouraged to schedule a visit to the courtroom the week before trial to consider logistics.  Visits may be scheduled through Twana Summers (601) 608-4140 or Keithfer Robinson at (601) 608-4042.**  Access to the courtroom is available when trials are not in session, and other conflicts may exist, so please do not wait until the day before trial to request a visit.  Finally, use of courtroom presentation software does not eliminate the need to provide hard copies of pre-marked trial exhibits for the record.

8.      **E-mailing Chambers:**  All documents referenced in this notice that must be e-mailed to the Court should be addressed to: Reeves_Chambers@mssd.uscourts.gov.  Attachments must be in **WordPerfect or Microsoft Word** format; the subject line must include the civil action number of the case; and all counsel of record should receive a copy.

9.      **Failure to Appear:**  Should a party or his attorney fail to appear or to comply with the directions set out herein, an ex parte hearing may be held and a judgment entered or sanctions imposed.

                                                                   ARTHUR JOHNSTON, CLERK

                                                   *s/ Twana Summers*
                                                   Twana Summers, Courtroom Deputy Clerk
                                                   Jackson, Mississippi

## JURY and NON-JURY CASES

### *PRETRIAL CONFERENCE*
**March 1, 2024**

| | | | |
|---|---|---|---|
| 9:00 AM | J | 3:20cv483 | *Haimur, et al v. Allstate Property & Casualty Ins. (via zoom)* |
| 10:00 AM | J | 3:21cv30 | *Jones v. Sanders, et al (via zoom)* |
| 11:00 AM | J | 3:22cv610 | *Barrett v. Brandon HMA, LLC et al* |
| 1:30 PM | NJ | 3:22cv684 | *McNerney v. USA, et al* |

**NOTE: If you have any questions, please call Twana Summers (601) 608-4140.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

_____                                                       PLAINTIFF(S)

vs.                                              CIVIL ACTION NO. _____

_____                                                       DEFENDANT(S)

**Plaintiff's or Defendant's EXHIBITS LIST**

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|
| P-1 | BRIEFLY DESCRIBE EACH EXHIBIT | (Leave Blank) | (Leave Blank) | (Leave Blank) |
| or | | | | |
| D-1 | BRIEFLY DESCRIBE EACH EXHIBIT | (Leave Blank) | (Leave Blank) | (Leave Blank) |

(LEAVE THESE COLUMNS BLANK [Sponsor, ID and Evid)

**NOTE: The Second Page should keep table headings but does not need the style of the case, nor does it need a certificate of service.**

| NUMBER | (DESCRIPTION) | SPONSOR | ID | EVID |
|---|---|---|---|---|

## **\*\*PLEASE USE THIS EXAMPLE\*\***

### *YOU MUST PLACE "EXHIBIT" LABELS ON "FRONT-FIRST" PAGE OF EACH EXHIBIT*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

_____                                                                                 PLAINTIFF(S)

vs.                                                                       CIVIL ACTION NO. _____

_____                                                                                 DEFENDANT(S)

**<u>Plaintiff's or Defendant's WITNESS LIST</u>**

| NAME | ADDRESS |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

***\*\*PLEASE USE THIS EXAMPLE\*\****